UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

RICKY THOMAS,

      Petitioner,          Case No. 1:21-cv-610

v.         Honorable Ray Kent

GARY MINIARD,

      Respondent.
_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: August 18, 2021         /s/ Ray Kent
        Ray Kent
        United States Magistrate Judge