UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RICKY THOMAS,

      Petitioner,　　　　　　　　Case No. 1:21-cv-610

v.　　　　　　　　　　　　　　Honorable Ray Kent

GARY MINIARD,

      Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  August 18, 2021　　　　　　　　　/s/ Ray Kent
　　　　　　　　　　　　　　　　　　　　Ray Kent
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge